# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-55647-CMC** |
| | § | |
| **KRAVITZ, SANFORD** | § | Chapter 7 |
| **KRAVITZ, KARENRUTH** | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $5.73 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 | 4 | 4.69 |
| Chase Bank USA NA<br>PO BOX 15145, Wilmington, DE 19850-5145 | 7 | 0.49 |
| PYOD LLC its successors and assigns as assignee of Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602- | 16 | 0.29 |
| Chase Bank USA NA<br>P.O. BOX 15145, Wilmington DE 19850-5145 | 33 | 0.26 |

Dated:    June 30, 2010            */s/ William B. Logan Jr.*
                                                        William B. Logan Jr., Case Trustee

cc:    U.S. Trustee
       Creditor